UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KYLE BRAGG, *as President, Local 32BJ, Service Employees International Union*,

                Petitioner,

                -v.-

KALIKOW FAMILY PARTNERSHIP LP, c/o KALED MANAGEMENT CORP., and REALTY ADVISORY BOARD ON LABOR RELATIONS, INC.,

                Respondents.

19 Civ. 8801 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

      On September 23, 2019, Respondent Realty Advisory Board on Labor Relations, Inc. ("Realty Advisory Board") removed this action, filed by Petitioner seeking an order to vacate or modify an arbitration award, from state court to this Court. (Dkt. #1). On September 30, 2019, the Court ordered Petitioner to move for modification or vacatur of the arbitral award in the form of a motion for summary judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York. (Dkt. #9). The Court set a briefing schedule requiring Petitioner to file his motion by October 28, 2019; Respondents to file their oppositions, if any, by November 25, 2019; and Petitioner to file a reply, if any, by December 9, 2019. (*See id.*).

      Petitioner filed his motion to vacate or modify the arbitration award on October 28, 2019. (*See* Dkt. #12-15). On November 13, 2019, the Court granted the parties a two-week extension for the remaining submissions,

making Respondents' opposition submissions due December 9, 2019, and Petitioner's reply due December 23, 2019.  (Dkt. #17).  On December 9, 2019, Respondent Kalikow Family Partnership LP ("Kalikow") filed a brief and papers supporting its opposition to Petitioner's motion and also filed a notice of cross-motion to affirm the arbitration award.  (*See* Dkt. #18, 19).  Respondent Realty Advisory Board also filed a brief in opposition to Petitioner's motion and in such brief, requests that the Court confirm the arbitration award.  (*See* Dkt. #20 at 11).  Petitioner filed his reply brief on December 23, 2019.  (Dkt. #23).

Given that Respondent Kalikow has explicitly filed a cross-motion and Respondent Realty Advisory Board has implicitly done so, the Court is providing Respondents the opportunity to file reply briefs in support of their cross-motions.  If Respondents would like, they may each file reply briefs of no more than 10 pages, on or before **May 1, 2020**.

SO ORDERED.

Dated:  April 15, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge