# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KYLE BRAGG, *as President, Local 32BJ,*
*Service Employees International Union*

                Petitioner,     19 **CIVIL** 8801 (KPF)

        -against-     **JUDGMENT**

KALIKOW FAMILY PARTNERSHIP LP, c/o
KALED MANAGEMENT CORP., and
REALTY ADVISORY BOARD ON LABOR
RELATIONS, INC.,

              Respondents.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2020, the Award is vacated; accordingly, the case is closed**.**

**Dated**: New York, New York
      April 30, 2020

                              RUBY J. KRAJICK
                              **Clerk of Court**
             By: _____
                              **Deputy Clerk**